No. 03–7084.  WILLIAMS, AKA CONRAD, AKA CONNOR v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 03–7090.  SHIVAEE v. CUBE.  Sup. Ct. Va.  Certiorari denied.

No. 03–7093.  LOPEZ-FLOREZ v. UNITED STATES; and CHAVEZ-VASQUEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied. Reported below: 70 Fed. Appx. 230 (second judgment) and 236 (first judgment).

No. 03–7095.  TOVAR v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 03–7099.  GILMORE v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 03–7100.  GILLINGS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 03–7101.  FOWLER v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 03–7102.  GIBSON v. MINETA, SECRETARY OF TRANSPORTATION.  C. A. 9th Cir.  Certiorari denied.

No. 03–7104.  BEJARANO GUILLEN, AKA BEJARAAO GUILLEN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–7106.  GONZALEZ, AKA ROMAN v. UNITED STATES. C. A. 5th Cir.  Certiorari denied.

No. 03–7107.  HOWARD v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 03–7108.  GREEN v. HEMINGWAY, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 03–7111.  AYERS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 03–7114.  DAVIS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.